# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD PROFESSIONAL ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>FEDERAL SERVICE IMPASSES PANEL,<br><br>and<br><br>FEDERAL LABOR RELATIONS AUTHORITY,<br><br>and<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:20-CV-00078-PX<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 105(9), Defendants, the Federal Services Impasses Panel ("the Panel"), the Federal Labor Relations Authority ("the Authority"), and the National Labor Relations Board ("the Board") (collectively "Defendants"), respectfully move this Court for an extension of time to respond to the Motion for Preliminary Injunction of the Plaintiff, the National Labor Relations Board Professional Association ("Plaintiff"). Plaintiff consents to this motion. In support of this motion Defendants state as follows:

1) Defendants intend to file a response to Plaintiff's Motion for Preliminary Injunction.

2) The Panel and the Authority's current deadline to respond to Plaintiff's Motion for Preliminary Injunction is February 3, 2020.

3) The Board's current deadline to respond to Plaintiff's Motion for Preliminary Injunction is January 31, 2020.

4) Pursuant to Local Rule 105(2)(a), Plaintiff's reply to Defendants' response is due within 14 days of service of Defendants' response.

5) The Authority has a hearing scheduled in an unrelated matter (Case No. 19-cv-998) in the District Court for the District of Columbia on January 29, 2020.

6) The Authority has a hearing in unrelated appellate matter (No. 16-1069) in the U.S. Court of Appeals for the District of Columbia on February 3, 2020.

7) Due to the circumstances listed above, pressing internal agency obligations, and responsibilities in cases not listed above, there is good cause for the requested extension of time to file a response to Plaintiff's Motion for Preliminary Injunction.

8) Plaintiff consents to this Motion and the requested relief.

Accordingly, for reasons stated herein, Defendants respectfully move for an extension of time to respond to Plaintiff's Motion for Preliminary Injunction to February 10, 2020.

Respectfully Submitted,

/s/ Noah Peters
NOAH PETERS (#19472)
Solicitor
Federal Labor Relations Authority
1400 K Street, NW
Washington, DC 20424
Telephone: (202) 218-7908
Facsimile: (202) 343-1007
Email: npeters@flra.gov

Dated: January 28, 2020

## Certificate of Service

I hereby certify that on this 28th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Maryland using the CM/ECF system.  I also certify that the foregoing document is being served on counsel of record and that service will be accomplished by the CM/ECF system.

/s/ Noah Peters
NOAH PETERS
